IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CR80-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZAVIER DAVIS,<br><br>　　　　Defendant. | ORDER |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the Bill of Indictment in the above-captioned case be unsealed.

**SO ORDERED.**　　　　　　　　　Signed: March 25, 2011

_____
David S. Cayer
United States Magistrate Judge