UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00384-MOC
(3:11-cr-80-MOC)

| | | |
|---|---|---|
| **ZAVIER MARGQUIS DAVIS,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **UNITED STATES,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Stay this case pending the filing of a petition of certiorari in United States v. Taylor, 979 F.3d 203 (4th Cir. 2020). (Doc. No. 47). For the reasons stated in the motion, the court grants the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Stay (Doc. No. 47) is **GRANTED**.

Signed: March 8, 2021

Max O. Cogburn Jr
United States District Judge